## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| PAUL DANA WILLIAMS, #07339-051, | § § § | |
| Petitioner, | § § | |
| v. | § § | Case No. 6:21-cv-473-JDK-JDL |
| DIRECTOR, COUNTY REHABILITATION CENTER, | § § § | |
| Respondent. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner Paul Dana Williams filed a letter that has been construed as a habeas petition under 28 U.S.C. § 2241. Docket No. 3. After being transferred to the Tyler Division, the petition was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On March 22, 2022, Judge Love issued a Report and Recommendation recommending that the Court dismiss this case without prejudice for want of prosecution and failure to obey a court order. Docket No. 10. Petitioner received a copy of the Report on March 30, 2022. Docket No. 13. To date, no objections have been received.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Petitioner did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 10) as the findings of this Court. This petition for habeas corpus is hereby **DENIED** and this action is **DISMISSED** without prejudice for want of prosecution and failure to obey a court order.

So **ORDERED** and **SIGNED** this **26th** day of **April, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2